**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 15-1** |
| | : | |
| | : | |
| **DMITRIJ HARDER** | : | |
| | : | |

### O R D E R

**AND NOW,** this 1st day of March, 2016, it is hereby **ORDERED** that Defendant shall respond to the Government's Motion to Take Rule 15 Deposition and Request for Expedited Ruling (Doc. No. 77) on or before **Friday**, **March 4, 2016** at noon.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.