IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 15-1** |
| | : | |
| | : | |
| **DMITRIJ HARDER** | : | |
| | : | |

# O R D E R

**AND NOW**, this 14th day of March, 2016, upon consideration of the Government's letter request to postpone a hearing on its <u>Starks</u> Motion (Doc. No. 32), it is hereby **ORDERED** that the Government's request is **GRANTED.** At the March 21, 2016 hearing, the Parties shall be prepared to present evidence and argument respecting the following pretrial Motions: (1) Defendant's Motion to Suppress Emails Seized from Google and 1&1 Internet; (2) the Government's Rule 15 Motion (Doc. No. 77); (3) Defendant's Rule 15 Motion and corresponding Motion for Discovery and Issuance of Letters Rogatory (Doc. Nos. 81, 82, 94); and (4) Defendant's Motion to Produce *Ex Parte, In Camera* Transcript of Testimony by Sergei Bespalov to the Grand Jury (Doc. No. 80). The Parties shall jointly confer and contact my Chambers with potential dates for a <u>Starks</u> hearing.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.