IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 15-1 |
| : | |
| DMITRIJ HARDER : | |

# O R D E R

**AND NOW,** this 29th day of March, 2016, upon consideration of Defendant's Notice to Withdraw Opposition to the Government's Starks Motion (Doc. No. 117), it is hereby **ORDERED** that the Starks hearing currently set for Friday, April 8, 2016 at 9:30 a.m. is **CANCELLED**. It is further **ORDERED** that the Government's Motion to Admit Recorded Phone Calls Pursuant to United States v. Starks is **GRANTED**. (Doc. No. 32.) Upon consideration of the Government's Motion and Defendant's Notice, and pursuant to Local Rule of Criminal Procedure 41.1(c), I find the following as to the Government's Citibank, HSBC, and UBS phone call recordings and accompanying transcripts:

1. The recording device used was capable of accurately recording the conversations;

2. The operator of the recording device was competent

3. The recordings are authentic and correct;

4. There have been no changes in, additions to, or deletions from the tape recordings;

5. The recordings have been properly preserved;

6. The speakers on the tape recordings are properly identified;

7. The conversation was lawfully intercepted; and

8. The transcripts of the tape recordings accurately represent the conversations on the tape recordings and accurately identify the speakers and parties to the tape recorded conversations.

**AND IT IS SO ORDERED**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.