**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 15-1** |
| | : | |
| **DMITRIJ HARDER** | : | |
| | : | |

**O R D E R**

  **AND NOW,** this 15th day of April, 2016, after conducting an evidentiary hearing, and upon consideration of Defendant's Motion to Suppress Statements Made on February 26, 2010 (Doc. No. 38), the Government's Response (Doc. No. 56), and the Parties' Proposed Findings of Fact and Conclusions of Law and Responses (Doc. Nos. 75, 76, 95, 96), and all related submissions, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

                  **AND IT IS SO ORDERED**

                  */s/ Paul S. Diamond*
                  _____
                  Paul S. Diamond, J.