UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 8, 2016
CCO-093-E

No. 16-2539

UNITED STATES OF AMERICA

v.

DMITRIJ HARDER,

Appellant

(E.D. Pa. No. 2-15-cr-00001-001)

Present: FISHER, JORDAN and VANASKIE, Circuit Judges

1. Motion by Appellant together with exhibits for bail pending sentence

2. Supplemental List of Exhibits

3. Response by Appellee.

4. Motion by Appellant to Seal Entire Appeal.

Respectfully,
Clerk/tyw/mlr

_____ORDER_____

The foregoing motion for bail pending sentence is DENIED; and the motion to seal the file on appeal is GRANTED.

By the Court,

s/ Kent A. Jordan
Circuit Judge

Dated: June 22, 2016
tyw/cc: Ian M. Comisky, Esq.
Stephen R. LaCheen, Esq.
Matthew D. Lee, Esq.
Michelle Morgan, Esq.

A True Copy:

Marcia M. Waldron, Clerk